■ MARTIAL DES ROCHES et al., Respondents, v. CAMBRIDGE MUTUAL FIRE INSURANCE COMPANY et al., Appellants.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Monroe Trial Term for plaintiffs in an action under fire insurance policies. The order denied a motion

for a new trial.) Present — McCurn, P. J., Kimball, Williams, Goldman and Halpern, JJ.